**CSD 1099** [09/26/06]
Name, Address, Telephone No. & I.D. No.
David S. Kupetz, Esq. (State Bar No. 125062)
Steven F. Werth, Esq. (State Bar No. 205434)
**Sulmeyer**Kupetz
333 South Hope Street
35th Floor
Los Angeles, CA 90071-1406
Telephone: 213.626.2311

### UNITED STATES BANKRUPTCY COURT
#### SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

NO FEAR MX, INC., a California corporation

BANKRUPTCY NO.  11-02897-MM11

Debtor.

## BALANCE OF SCHEDULES, STATEMENTS, AND/OR CHAPTER 13 PLAN

Presented herewith are the original with the number of copies required by Local Bankruptcy Rule 1007-2(b) of the following [Check one or more boxes as appropriate]:

- ☒ Summary of Schedules
- ☒ Statistical Summary of Certain Liabilities and Related Data
- ☒ Schedule A - Schedule of Real Property
- ☒ Schedule B - Schedule of Personal Property
- ☒ Schedule C - Schedule of Property Claimed Exempt
- ☒ Schedule D - Creditors Holding Secured Claims
- ☒ Schedule E - Creditors Holding Unsecured Priority Claims
- ☒ Schedule F - Creditors Holding Unsecured Nonpriority Claims
- ☒ Schedule G - Schedule of Executory Contracts & Unexpired Leases
- ☒ Schedule H - Schedule of Co-Debtor
- ☐ Schedule I - Current Income of Individual Debtor(s)
- ☐ Schedule J - Current Expenditure of Individual Debtor(s)
- ☒ Statement of Financial Affairs
- ☐ Statement of Current Monthly Income and Means Test Calculation (Form B22A)
- ☐ Statement of Current Monthly Income (Form B22B)
- ☐ Statement of Currently Monthly Income and Calculation of Commitment Period and Disposable Income (Form B22C)
- ☐ Chapter 13 Plan

**IF ADDITIONAL CREDITORS ARE ADDED AT THIS TIME, THE FOLLOWING ARE REQUIRED:**
1.     Computer diskette containing only the added names and addresses (when the Balance of Schedules are filed on paper).
2.     Local Form CSD 1101, *NOTICE TO CREDITORS OF THE ABOVE-NAMED DEBTOR ADDED BY AMENDMENT OR BALANCE OF SCHEDULES*, as required by Local Bankruptcy Rule 1007-4.  See instructions on reverse side.

Dated:  March 30, 2011                    Signed:   /s/ Steven F. Werth
                                                                      Attorney for Debtor

        I [We]   Mark Simo   and ____, the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the balance of schedules and/or chapter 13 attached hereto, consisting of __ pages, and on the creditor matrix diskette, if any, is true and correct to the best of my [our] information and belief.

Dated:  March 30, 2011             /s/ Mark Simo
                                                Debtor                                                                      Joint Debtor

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of California

In re    NO FEAR MX, INC., a California corporation        Case No.    11-02897
                                      Debtor
                                            Chapter               11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 463,295.23 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 69.12 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 6,967,856.27 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| Total Number of Sheets of ALL Schedules | | 22 | | | |
| Total Assets | | | 463,295.23 | | |
| Total Liabilities | | | | 6,967,925.39 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of California

In re   NO FEAR MX, INC., a California corporation     Case No.   11-02897
               Debtor(s)           Chapter   11

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $69.12 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $69.12 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $6,969,856.27 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $6,969,856.27 |

B6A (Official Form 6A) (12/07)

In re    NO FEAR MX, INC., a California corporation                                Case No. _____11-02897_____
                                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |
| | (Report also on Summary of Schedules) | |

__0__   continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    NO FEAR MX, INC., a California corporation                                    Case No.    11-02897

                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | City National Bank Operating Checking Account - 9944 | - | 6,660.41 |
| | | City National Bank Payroll Account - 4966 | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                             Sub-Total >      6,660.41
                                       (Total of this page)

   2    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    NO FEAR MX, INC., a California corporation                           Case No.    11-02897
_____
                                  Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 183,625 shares of capital stock of MX No Fear Europe S.A.S. | - | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | See Attachment B-16 | - | 279,126.49 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Aged Accounts Reveivables sent to collection | - | 18,237.68 |

Sub-Total >                    297,364.17
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

**No Fear MX, Inc.**
**Attachment to Schedule B-16**

| Customer | Customer Name | Balance |
|----------|---------------|---------|
| 20004 | 21 RIDE SHOP | $ 1,262.55 |
| 610001 | 619 UNDERGROUND CLOTHIN | $ 689.14 |
| 720001 | 723 INDUSTRIES | $ 1,152.14 |
| 9F0001 | 9 FIVE 1 | $ 714.82 |
| A0007 | AAFES COM | $ 15.00 |
| A0292 | RAZORS EDGE | $ 477.84 |
| AD0007 | ADRENALINE CLOTHING STORES | $ 3,762.00 |
| AM0007 | AMIGOS FASHION | $ 153.50 |
| AS0001 | ASHTIES BEACH SHACK | $ 2,180.25 |
| B0358 | BLUE BEACH BOARD SHOP | $ 31.00 |
| B0368 | BEACH HUT | $ 850.23 |
| B0373 | BJ'S SPORTS CENTER | $ 1,220.50 |
| B0387 | BLANCO VELEZ STORES INC | $ 383.88 |
| B0428 | BIKEs STORE LTDA | $ 875.00 |
| BA0004 | BAXLEYS MOTORCYCLES & ATV | $ 265.54 |
| BE0013 | BENTONVILLE HONDA POWERSPORTS | $ 109.94 |
| BE0017 | BELLA VITA SALON | $ 349.03 |
| BJ0001 | BJ COLLECTION | $ 85.29 |
| BJ0002 | BJ CLOTHES | $ 1,661.34 |
| BR0005 | B R & B SERVICES | $ 127.85 |
| C0556 | CLOTHING INC | $ 171.00 |
| D0142 | M & W POWERSPORTS | $ 50.85 |
| D0166 | DENNIS KIRK | $ 12.51 |
| DE0006 | DENIM PALACE INC | $ 791.97 |
| DI0007 | DIVA'S CLOSET | $ 40.30 |
| DI0008 | DIRT WERKZ | $ 630.00 |
| EA0002 | EASY EDDIES | $ 411.90 |
| EP0004 | EPIC MENS WEAR | $ 1,578.25 |
| F0023 | NAVY EXCHANGE SERVICE COMM. | $ 5,523.00 |
| F0063 | THE FIRST RESORT | $ 53.09 |
| F0220 | FLOYDS ACE HOMECENTER | $ 189.39 |
| **FM0002** | **FMF INTERNATIONAL** | **$ 677.13** |
| FO0007 | FOOTBALL FANATICS | $ 1,925.65 |
| G0015 | GARY'S STREET & TRAIL | $ 901.36 |
| G0141 | GOOD TIMES KAWASAKI SUZUKI | $ 13.44 |
| G0167 | GLOBAL MOTO OUTLET | $ 13,378.38 |
| GR0003 | THE EDGE CUSTOM SHOP | $ 1,171.58 |
| HA0008 | HARBOR CLOTHING | $ 2,772.89 |
| HA0017 | UNTAMED CLOTHING CO. dba | $ 3,675.10 |
| HI0009 | HI DESERT SHOES- VICTORVILLE | $ 768.14 |
| HI0011 | HIP HOP EXCHANGE | $ 6,146.31 |
| I0116 | ONTARIO BEACH WEAR | $ 2,620.70 |
| IN0013 | INLAND BOARDSHOP OF TYLER | $ 997.98 |
| JE0001 | JEFF HUNT SURFBOARDS | $ 250.00 |
| JE0002 | JEANS PLUS | $ 8.34 |
| K0147 | KALIFORNIA TANZ & SPORTS WEAR | $ 457.33 |
| K0185 | KOOL THREADZ | $ 1,203.54 |
| KA0005 | KART KING CREATIONS | $ 834.00 |
| KA0008 | KAUAI KRAZE | $ 239.50 |
| KE0002 | KELLY'S MOTORCYCLE ACCESSORIES | $ 450.00 |
| LI0011 | LITTLE BLACK DRESS LLC | $ 546.16 |
| M0251 | SHIRTIQUE/MOJOS | $ 33.27 |
| M0419 | MOLOKAI SURF | $ 301.79 |
| M0435 | MT HOLLY SUZUKI KAWASAKI | $ 1,111.25 |

| Customer | Customer Name | Balance |
|---|---|---|
| M0473 | MOSES FOR MEN | $ 349.17 |
| ME0002 | MENS HOUSE | $ 342.99 |
| ME0006 | MENS TOWN | $ 3,408.87 |
| MI0015 | MIRAGE MOTORSPORTS | $ 2,775.81 |
| MI0016 | MILLENNIUM OUTLET | $ 129.16 |
| MO0025 | MOXIE MX | $ 482.00 |
| MO0040 | MOTORCYCLES PERIOD | $ 590.47 |
| MU003 | MUNDO CROSS | $ 680.12 |
| N0297 | MAZZEI, INC. | $ 882.80 |
| NA0006 | NAUTICAL PARTS & APPAREL | $ 2,075.66 |
| NO0012 | VIP CLOTHING-Escondido | $ 2,367.51 |
| O0108 | OUT SPORTIN | $ 211.03 |
| OU0006 | OUTER LIMITS | $ 1,363.33 |
| P0313 | PACIFIC SHORES BOARDSHOP | $ 2,046.40 |
| P0335 | TWO 2  MANGO | $ 5,508.40 |
| PA0004 | PALA RACEWAY | $ 449.67 |
| PE0004 | STYLZ BY PERFORMANCE AUTO #1 | $ 2,273.61 |
| PR0015 | PRINCE MARKET | $ 675.42 |
| R0245 | RAZOR SPORTS | $ 4,019.00 |
| R0262 | RACIN STATION | $ 664.46 |
| RA0004 | RAVE X | $ 1,171.30 |
| RA0008 | RAGS INC | $ 758.00 |
| RA0010 | RACI THREDZ | $ 13,003.95 |
| RE0004 | RETRO WEAR | $ 2,609.86 |
| RI0007 | RIVER RAGS | $ 3,495.37 |
| RT0002 | RTX MOTORSPORTS | $ 608.50 |
| S0234 | SPORTS DOMINATOR | $ 5,961.69 |
| S0819 | SPEED AND TRACK WORLD | $ 296.57 |
| SH0005 | EMINENT SANTA ROSA | $ 4,557.18 |
| SK0013 | SKIN EL CAJON | $ 471.70 |
| SO0005 | SO CAL STYLES | $ 3,577.22 |
| SO0011 | SPORTSWEAR MART INC | $ 2,396.90 |
| SO0012 | SPY/ORANGE 21 | $ 1,083.54 |
| SO0021 | SOUTHERN SWAG, dba | $ 5,282.72 |
| T0385 | BJ MOTORSPORTS LLC | $ 1,351.62 |
| T0395 | ULTIMATE GEAR | $ 2,044.00 |
| TH0006 | THE SHOP | $ 2,411.09 |
| TH0011 | THE CHAMBER | $ 9,090.50 |
| TO003 | TOO MUCH FUN PROMOTIONS | $ 91.47 |
| TR0002 | THREADS | $ 7,235.70 |
| TR0008 | TRENDS | $ 392.88 |
| TR0009 | THE LAST STAND, INC. | $ 765.95 |
| TR0015 | TRENDZ | $ 1,006.44 |
| TU0001 | TURBO GRAFFIX | $ 2,888.31 |
| UP0001 | UPTOWN FASHION FAIR | $ 2,140.54 |
| W0263 | WORLD OF JEANS & TOPS | $ 6,557.50 |
| WE0008 | WEST SIDE CLOTHING | $ 2,711.54 |
| WI0007 | WINK BOUTIQUE | $ 1,166.67 |
| XT0005 | XTREME FASHION | $ 3,499.68 |
| | | $ 186,227.21 |

| Customer | Customer Name | Balance |
|---|---|---|
| NO0003 | NO FEAR MX EUROPE SAS | $ 24,094.06 |
| NO0023 | NO FEAR MX EMPLOYEE SALES | $ 73.41 |
| NO0031 | NO FEAR RETAIL INC | $ 68,731.81 |
| | | $ 92,899.28 |

| | TOTAL: | $ 279,126.49 |
|---|---|---|

B6B (Official Form 6B) (12/07) - Cont.

In re    NO FEAR MX, INC., a California corporation                      Case No.      11-02897

                                                Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | Clothing, sports equipment and accessories. Inventory located at 1812 Aston Ave., Carlsbad, CA | - | 159,270.65 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 159,270.65 |
| Total > | 463,295.23 |

Sheet   2   of   2   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    NO FEAR MX, INC., a California corporation            Case No. _____11-02897_____
                                 Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| __0__   continuation sheets attached | | | | Subtotal (Total of this page) | | | | | |
| | | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                       Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

In re     NO FEAR MX, INC., a California corporation               Case No.     11-02897

                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                             <u>  1  </u>   continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    NO FEAR MX, INC., a California corporation                                   Case No.     11-02897
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Employment Development Departm Bankruptcy Group MIC 92E P.O. Box 826880 Sacramento, CA 94280-0001 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Franchise Tax Board Bankruptcy Unit Post Office Box 2952 Sacramento, CA 95812 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Internal Revenue Service Insolvency I Stop 5022 300 North Los Angeles St., Rm Los Angeles, CA 90012-9903 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| State Board of Equalization P.O. Box 942879 Sacramento, CA 94279-6001 | - | | | | | | 69.12 | 0.00 | 69.12 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet  1   of  1   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 69.12 | 0.00 / 69.12 |
| Total (Report on Summary of Schedules) | 69.12 | 0.00 / 69.12 |

B6F (Official Form 6F) (12/07)

In re     NO FEAR MX, INC., a California corporation            Case No.     11-02897
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. | | Trade Debt | | | | | | |
| Action Freight International 16403 Ishida Avenue Gardena, CA 90248 | - | | | | | | | 4,396.06 |
| Account No. | | Trade Debt | | | | | | |
| AFCO Dept LA 21315 Pasadena, CA 91185 | - | | | | | | | 5,728.80 |
| Account No. | | | | | | | | |
| AKA International, Inc. 1200 South 192nd Street #103 Seattle, WA 98148 | - | | | | | | | 115.00 |
| Account No. | | | | | | | | |
| Avery Dennison 15178 Collections Center Drive Chicago, IL 60693 | - | | | | | | | 18.64 |
| 9   continuation sheets attached | | | | Subtotal (Total of this page) | | | | 10,258.50 |

B6F (Official Form 6F) (12/07) - Cont.

In re    NO FEAR MX, INC., a California corporation                              Case No.    11-02897

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.**  Blue Berry book 10530 Whittier Boulevard Suite 201 Whittier, CA 90606 | | - | | | | | 39.00 |
| **Account No.**  Carlos Del Olmo 339 North Hobart Boulevard Los Angeles, CA 90004 | | - | | | | | 28.71 |
| **Account No.**  Cox Communications Post Office Box 53214 Phoenix, AZ 85072 | | | | | | | 0.00 |
| **Account No.**  Creative Clothing Connection 1236 Activity Drive Suite B Vista, CA 92081 | | - | Trade Debt | | | | 11,100.00 |
| **Account No.**  DHL Express (USA), Inc. 16592 Collections Center Drive Chicago, IL 60693 | | - | | | | | 129.44 |

Sheet no. __1__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          11,297.15

B6F (Official Form 6F) (12/07) - Cont.

In re     NO FEAR MX, INC., a California corporation                                              Case No.    11-02897
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>DirectTV<br>Post Office Box 60036<br>Los Angeles, CA 90060 | - | | | | | | | 0.00 |
| Account No.<br><br>DNF 3 LLC<br>dba The Flight Zone<br>3960 Howard Hughes Pkwy., #150<br>Las Vegas, NV 89169 | - | | | | | | | 1,282.23 |
| Account No.<br><br>Empire Corporation<br>3820 Oceanic Drive<br>Oceanside, CA 92056 | - | | | Trade Debt | | | | 27,276.56 |
| Account No.<br><br>Factory Direct International<br>337 South Main Street<br>Post Office Box 773<br>Findlay, OH 45840 | - | | | | | | | 57.85 |
| Account No.<br><br>Gary Paine<br>43094 Teramo Street<br>Temecula, CA 92592 | - | | | | | | | 975.00 |

Sheet no.  2  of  9  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 29,591.64

B6F (Official Form 6F) (12/07) - Cont.

In re    NO FEAR MX, INC., a California corporation                                          Case No.    11-02897
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Global Icons, Inc. Attn: John Bickenbach 12400 Wilshire Blvd., #1400 Los Angeles, CA 90025 | - | | | | | | | 145.93 |
| Account No. | | | | | | | | |
| Global Knitting Mills USA, Inc 340 West 26th Street Suite F National City, CA 91950 | - | | | | | | | 465.00 |
| Account No. | | | | | | | | |
| GXS, Inc. Post Office Box 198145 Atlanta, GA 30384 | - | | | | | | | 250.04 |
| Account No. | | | | | | | | |
| Hand Light Industry Co., Ltd. 96 Tai Tzu Rd., Jen Tzu Tsuen Jen Te Hsiang 717 Tainan Hsien, Taiwan | - | | | | | | | 124.50 |
| Account No. | | | | Trade Debt | | | | |
| Hyunjin Corporation 886-8 Hwagok 2 Dong Kangseo- Ku Seoul Republic of Korea | - | | | | | | | 16,441.19 |

| | | |
|---|---|---|
| Sheet no. _3_ of _9_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 17,426.66 |

B6F (Official Form 6F) (12/07) - Cont.

In re    NO FEAR MX, INC., a California corporation        Case No.    11-02897
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| J-Law Racing, LLC 1902 Wright Place Suite 200 Carlsbad, CA 92008 | | - | | | | X | 53,846.17 |
| Account No. | | | Trade Debt | | | | |
| J.T.M.X., LLC 1812 Aston Avenue Carlsbad, CA 92013 | | - | | | | | 5,660.00 |
| Account No. | | | Note Payable | | | | |
| J2 LLC 1812 Aston Avenue Carlsbad, CA 92013 | | - | | | | | 5,592,000.00 |
| Account No. | | | | | | | |
| Jeff Kardas Photographics 2026 Berlin Station Road Delaware, OH 43015 | | - | | | | | 1,000.00 |
| Account No. | | | | | | | |
| Jeffrey Surwall 1812 Aston Avenue Carlsbad, CA 92013 | | - | | | | | 11,640.62 |

Sheet no. _4_ of _9_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    5,664,146.79

B6F (Official Form 6F) (12/07) - Cont.

In re    NO FEAR MX, INC., a California corporation                          Case No.    11-02897
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| Jido & Juniar, Inc. dba N&L Productions 6214 Topiary Street Carlsbad, CA 92009 | - | | | | | | | 43,466.00 |
| Account No. | | | | Trade Debt | | | | |
| K-Dub Racing, Inc. Attn: Kevin Windham 1642 Ash Road Centreville, MS 39631 | - | | | | | | | 74,333.36 |
| Account No. | | | | Trade Debt | | | | |
| KBC America 2830 North Ontario Street Burbank, CA 91504 | - | | | | | | | 79,340.00 |
| Account No. | | | | Trade Debt | | | | |
| KPMG LLP Department 0939 Post Office Box 120001 Dallas, TX 75312-0564 | - | | | | | | | 4,500.00 |
| Account No. | | | | Trade Debt | | | | |
| Lamb Screen Printing, Inc. 230-C Roymar Road Oceanside, CA 92054 | - | | | | | | | 7,503.18 |

Sheet no. _5_ of _9_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            209,142.54

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    NO FEAR MX, INC., a California corporation                    Case No.    11-02897
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>LC Financial<br>Post Office Box 9246<br>Van Nuys, CA 91409 | | - | | | | | 15.00 |
| Account No.<br><br>Lem SRL<br>Via Roma 57<br>21020 Daverio VA<br>Italy | | - | Trade Debt | | | | 23,599.23 |
| Account No.<br><br>Mage Design LLC<br>2922 Pico Boulevard<br>Santa Monica, CA 90405 | | - | Trade Debt | | | | 91,211.01 |
| Account No.<br><br>No Fear Retail Stores, Inc.<br>1812 Aston Avenue<br>Carlsbad, CA 92008 | | - | | | | | 600,877.37 |
| Account No.<br><br>Racer X Illustrated<br>122 Vista Del Rio Drive<br>Morgantown, WV 26508 | | - | Trade Debt | | | | 4,140.00 |

Sheet no.  6  of  9  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    719,842.61

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    NO FEAR MX, INC., a California corporation    Case No.    11-02897
_____,
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| RD Packaging Post Office Box 722584 San Diego, CA 92172 | - | | | | | | 3,670.88 |
| Account No. | | | Trade Debt | | | | |
| Silver Triangle Industries 11211 Sorrento Valley Road Suite I San Diego, CA 92121 | - | | | | | | 47,833.90 |
| Account No. | | | | | | | |
| Simo Holdings, Inc. 1812 Aston Avenue Carlsbad, CA 92008 | - | | | | | | 73,202.87 |
| Account No. | | | | | | | |
| Skiva Graphics Screenprinting 2258 Rutherford Road Carlsbad, CA 92008 | - | | | | | | 2,919.32 |
| Account No. | | | | | | | |
| Time Warner Cable Post Office Box 60506 City of Industry, CA 91716 | - | | | | | | 303.75 |

Sheet no. _7_ of _9_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        127,930.72

B6F (Official Form 6F) (12/07) - Cont.

In re  NO FEAR MX, INC., a California corporation                    Case No.    11-02897
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade Debt | | | | |
| Tommy Searle c/o Wasserman Media Group 2052 Corte del Nogal, Suite150 Carlsbad, CA 92011 | | - | | | | | | | 21,000.00 |
| Account No. | | | | | | | | | |
| United Parcel Service Post Office Box 894820 Los Angeles, CA 90189 | | - | | | | | | | 331.59 |
| Account No. | | | | | | | | | |
| UPS Supply Chain Solutions, In 28013 Network Place Chicago, IL 60673 | | - | | | | | | | 2,239.30 |
| Account No. | | | | | Trade Debt | | | | |
| Verdi Travel, Inc. 721 B North Shirk Road Visalia, CA 93291 | | - | | | | | | | 4,445.00 |
| Account No. | | | | | Trade Debt | | | | |
| YHC Co. B412 SK Twin Tech Tower 345-9 KAasan- Dong Seoul Republic of Korea | | - | | | | | | | 119,620.35 |

Sheet no.  8   of  9   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    147,636.24

B6F (Official Form 6F) (12/07) - Cont.

In re    NO FEAR MX, INC., a California corporation    Case No. ____11-02897____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Note Payable | | | | |
| Ying Kou Kang Jun Qinglongshan Avenue Bayuquan District, Yingkou Liaoning 115007 China | - | | | | | | | 30,583.42 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. _9_ of _9_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 30,583.42 |
| | Total (Report on Summary of Schedules) | 6,967,856.27 |

B6G (Official Form 6G) (12/07)

In re    NO FEAR MX, INC., a California corporation        Case No.    11-02897
_____
                                   Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| J.T.M.X., LLC<br>1812 Aston Ave<br>Carlsbad, CA 92008 | Asset and Stock Purchase Agreement dated July 11, 2007 |
| J2, LLC<br>1812 Aston Ave<br>Carlsbad, CA 92008 | Asset and Stock Purchase Agreement dated July 11, 2007 |
| Jeffrey Surwall<br>1812 Aston Ave<br>Carlsbad, CA 92008 | Asset and Stock Purchase Agreement dated July 11, 2007 |
| Tommy Searle<br>1545 Faraday Ave, Ste 101<br>Carlsbad, CA 92008 | Sponsorship Agreement, dated December 23, 2010 |

  0

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    __NO FEAR MX, INC., a California corporation__            Case No.    __11-02897__
                                                       Debtor

# SCHEDULE H - CODEBTORS

       Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

   0
‾‾‾‾‾ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of California

In re   NO FEAR MX, INC., a California corporation

                                                  Debtor(s)

Case No.    11-02897

Chapter    11

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Chief Executive Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    24    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  March 28, 2011                              Signature    /s/ Mark Simo

                                                                       Mark Simo

                                                                       Chief Executive Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Southern District of California

In re    NO FEAR MX, INC., a California corporation        Case No.    11-02897

Debtor(s)           Chapter    11

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $1,421,240.00 | 2011 YTD: |
| $2,253,803.00 | 2010: |
| $2,388,391.00 | 2009: |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT           SOURCE

2

### 3. Payments to creditors

None ■   *Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None □   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See Attachment to Sofa 3b | | $0.00 | $0.00 |

None □   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See Attachment to SOFA 3c | | $0.00 | $0.00 |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None □   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Dragon Alliance, LLC and Dragon Optical, Inc. v. No Fear, Inc.; Simo Holdings, Inc.; No Fear Retail Stores, Incl; No Fear MX, Inc. Case No. 37-2011-00050083-CU-BC-NC | Breach of Contract | Superior Court of the State of California, County of San Diego North County Division 325 South Melrose Drive, Suite 1000 Vista, CA  92081 | Filed January 5, 2011 |
| National Credit Control Agency, Inc. v. No Fear Retail Stores, Inc. aka No Fear MX, Inc. aka No Fear Racing, Inc., et al. Case No. BC 452500 | Complaint for Money | Superior Court of the State of California, Stanley Mosk Courthouse Limited Civil Case 110 North Grand Avenue Los Angeles, CA  90012 | Filed January 5, 2011 |
| Ying Kou Kang Jin Sewing Products Co., Ltd. v. No Fear MX, Inc. Case No. CGC-10-506027 | Breach of Contract | Superior Court of the State of California San Francisco County Superior Court 400 McAllister Street San Francisco, CA  94102 | Filed December 10, 2010 |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

NO FEAR MX, INC., CHECK REGISTER
ATTACHMENT TO SOFA 3b

| Check # | Check Date | Vendor Name | Payee | Payee Name | Check Amount |
|---|---|---|---|---|---|
| 1530 | 12/6/2010 | DERRICK NGUYEN | | DERRICK NGUYEN | 4,394.06 |
| 1531 | 12/6/2010 | BRENT CRAWFORD | B0119 | BRENT CRAWFORD | 88.17 |
| 1532 | 12/6/2010 | TROY WALLACE | TR0022 | TROY WALLACE | 1,137.24 |
| 1533 | 12/6/2010 | CARLOS DEL OLMO | CA0002 | CARLOS DEL OLMO | 63.62 |
| 1534 | 12/6/2010 | IVAN SEVART | IV0001 | IVAN SEVART | 103.50 |
| 1535 | 12/8/2010 | JULES BERLIN AGENCY | J0009 | JULES BERLIN AGENCY | 8,804.00 |
| 1536 | 12/8/2010 | JULES BERLIN AGENCY | J0009 | JULES BERLIN AGENCY | 2,864.00 |
| 1537 | 12/9/2010 | GOGO DISPLAYS | GO0001 | GOGO DISPLAYS | 620.52 |
| 1538 | 12/9/2010 | JEFF SURWALL | J0004 | JEFF SURWALL | 10,000.00 |
| 1539 | 12/9/2010 | JEFF SURWALL | J0004 | JEFF SURWALL | 6,000.00 |
| 1540 | 12/13/2010 | YING KOU KANG JUN | YI0002 | YING KOU KANG JIN SEWING PRODUC( | 5,000.00 |
| 1541 | 12/13/2010 | US BANK | US0004 | US BANK | 1,969.19 |
| 1542 | 12/16/2010 | MOTORCYCLE CLOSEOUTS LLC | MO0006 | MOTORCYCLE CLOSEOUTS LLC | 21.60 |
| 1543 | 12/16/2010 | JAMIE SHAFFER | JA0025 | JAMIE SHAFFER | 184.00 |
| 1544 | 12/16/2010 | STEVE CERECEDES | ST0002 | STEVE CERECEDES | 341.63 |
| 1545 | 12/16/2010 | BRENT CALLIGER | BR0002 | BRENT CALLIGER | 991.79 |
| 1546 | 12/23/2010 | COASTAL SUPPLY COMPANY INC | VI0001 | COASTAL SUPPLY COMPANY INC | 2,289.00 |
| WIRE1203 | 12/3/2010 | HYUN JIN | HY0001 | HYUN JIN | 7,855.60 |
| WIRE1209 | 12/9/2010 | HYUN JIN | HY0001 | HYUN JIN | 20,000.00 |
| WIRE1214 | 12/14/2010 | HYUN JIN | HY0001 | HYUN JIN | 20,000.00 |
| WIRE1223 | 12/23/2010 | TSI INTERNATIONAL CO | TS0001 | TSI INTERNATIONAL CO | 9,150.84 |
| WIRE120910 | 12/9/2010 | TSI INTERNATIONAL CO | TS0001 | TSI INTERNATIONAL CO | 20,000.00 |
| WIRE121410 | 12/14/2010 | TSI INTERNATIONAL CO | TS0001 | TSI INTERNATIONAL CO | 15,000.00 |
| 1547 | 1/4/2011 | FRANCHISE TAX BOARD | FR0008 | FRANCHISE TAX BOARD | 338.32 |
| 1548 | 1/6/2011 | DT 1 RACING | VE0001 | VERDI TRAVEL INC | 889.00 |
| 1549 | 1/10/2011 | DERRICK NGUYEN | DE0001 | DERRICK NGUYEN | 1,720.40 |
| 1550 | 1/10/2011 | CARLOS DEL OLMO | CA0002 | CARLOS DEL OLMO | 737.91 |
| 1551 | 1/10/2011 | IVAN SEVART | IV0001 | IVAN SEVART | 68.45 |
| 1552 | 1/11/2011 | PACIFIC BARCODE INC | P0144 | PACIFIC BARCODE INC | 196.31 |
| 1553 | 1/17/2011 | FRANCHISE TAX BOARD | FR0008 | FRANCHISE TAX BOARD | 96.00 |
| 1554 | 1/20/2011 | AFCO | A0144 | AFCO | 2,864.40 |
| 1564 | 2/10/2011 | JULES BERLIN AGENCY | J0009 | JULES BERLIN AGENCY | 2,500.00 |
| 1565 | 2/15/2011 | ***LAMB SCREEN PRINTING INC | LA0005 | ***LAMB SCREEN PRINTING INC | 5,000.00 |
| 1566 | 2/15/2011 | ***EMPIRE CORPORATION | EM0001 | ***EMPIRE CORPORATION | 5,201.79 |
| WIRE22411 | 2/24/2011 | TSI INTERNATIONAL CO | TS0001 | TSI INTERNATIONAL CO | 20,660.84 |
| WIRE021611 | 2/16/2011 | JULES BERLIN AGENCY | J0009 | JULES BERLIN AGENCY | 7,532.00 |
| WIRE022311 | 2/23/2011 | BRIAN SIMO | BR0003 | BRIAN SIMO | 30,371.78 |
| WIRE022411 | 2/24/2011 | ***GXS INC | GX0001 | ***GXS INC | 985.52 |
| WIRE22411A | 2/24/2011 | MARK SIMO | MA0001 | MARK SIMO | 12,671.00 |

**No Fear MX, Inc.**
**Attachment to SOFA 3c**

| Check Date | Check # | Payee Name | Check Amount | |
|---|---|---|---|---|
| 2/11/2010 | 1543 | BRIAN SIMO | 15,185.89 | Payroll |
| 11/19/2010 | 1310 | BRIAN SIMO | 9,063.20 | Payroll |
| 12/3/2010 | 58174 | BRIAN SIMO | 7,302.30 | Payroll |
| 12/3/2010 | 1366 | BRIAN SIMO | 16,106.80 | Payroll |
| 12/17/2010 | 1409 | BRIAN SIMO | 16,106.80 | Payroll |
| 12/30/2010 | 1451 | BRIAN SIMO | 16,106.80 | Payroll |
| 1/14/2011 | 1482 | BRIAN SIMO | 15,185.89 | Payroll |
| 1/28/2011 | 1513 | BRIAN SIMO | 15,185.89 | Payroll |
| 2/23/2011 | WIRE022311 | BRIAN SIMO | 30,371.78 | Payroll |
| 6/29/2010 | 1226 | KENNETH AURIGEMMA | 602.53 | Expenses |
| 7/30/2010 | 1241 | KENNETH AURIGEMMA | 530.80 | Expenses |
| 11/8/2010 | 1511 | KENNETH AURIGEMMA | 3,200.93 | Expenses |
| 2/11/2010 | 60001 | KENNETH AURIGEMMA | 3,411.48 | Payroll |
| 11/19/2010 | 1307 | KENNETH AURIGEMMA | 3,378.46 | Payroll |
| 12/3/2010 | 1365 | KENNETH AURIGEMMA | 3,652.21 | Payroll |
| 12/17/2010 | 1408 | KENNETH AURIGEMMA | 3,652.21 | Payroll |
| 12/30/2010 | 520001 | KENNETH AURIGEMMA | 3,652.21 | Payroll |
| 1/14/2011 | 20001 | KENNETH AURIGEMMA | 3,411.49 | Payroll |
| 1/28/2011 | 40001 | KENNETH AURIGEMMA | 3,411.50 | Payroll |
| 11/19/2010 | 1311 | MARK SIMO | 6,830.29 | Payroll |
| 12/3/2010 | 1367 | MARK SIMO | 6,830.29 | Payroll |
| 12/17/2010 | 1410 | MARK SIMO | 6,830.29 | Payroll |
| 12/30/2010 | 1452 | MARK SIMO | 6,830.29 | Payroll |
| 1/14/2011 | 1483 | MARK SIMO | 6,335.50 | Payroll |
| 1/28/2011 | 1514 | MARK SIMO | 6,335.50 | Payroll |
| 2/11/2011 | 1544 | MARK SIMO | 6,335.50 | Payroll |
| 2/24/2011 | WIRE22411A | MARK SIMO | 12,671.00 | Payroll |
| 2/11/2010 | 60002 | Scott Benjamin | 5,429.11 | Payroll |
| 11/19/2010 | 1308 | Scott Benjamin | 5,891.15 | Payroll |
| 12/3/2010 | 480001 | Scott Benjamin | 5,891.16 | Payroll |
| 12/17/2010 | 500001 | Scott Benjamin | 5,891.15 | Payroll |
| 12/30/2010 | 520002 | Scott Benjamin | 5,891.16 | Payroll |
| 1/14/2011 | 20002 | Scott Benjamin | 5,429.11 | Payroll |
| 1/28/2011 | 40002 | Scott Benjamin | 5,429.12 | Payroll |

3

None  ■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None  ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None  ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None  ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None  ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None  ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

Best Case Bankruptcy

4

**9.  Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| SulmeyerKupetz<br>333 South Hope Street, 35th Floor<br>Los Angeles, CA 90071 | 2/2/2011<br>2/4/2011<br>2/8/2011<br>SulmeyerKupetz was engaged by the three related Debtors as bankruptcy counsel prior to the Petition Date, and received $150,000 in funds from the Debtors for all three cases. | $25,000<br>$25,000<br>$50,000<br>$50,000 |

**10.  Other transfers**

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| U.S. Bank | Operating Checking Account No. 3420 | $144,188.25<br>10/1/2010 |
| U.S. Bank | Payroll Checking Account No. 3412 | $0.00<br>10/1/2010 |

5

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

6

None ■     b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■     c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ☐     a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| No Fear MX, Inc., | 26-0432196 | a California corporation 1812 Aston Ave Carlsbad, CA 92008 | The three related Debtors function together as a business enterprise that primarily involves the retail sale of causal apparel and accessories as well as protective motocross equipment and the licensing of intellectual property rights. | 2007 to present |

None ■     b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

7

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS

DATES SERVICES RENDERED

Kenneth Aurigemma
1812 Aston Ave
Carlsbad, CA 92008

From 2007 to present

Andrea Cooksley
1812 Aston Ave
Carlsbad, CA 92008

From 2007 to present

None
☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME

ADDRESS

DATES SERVICES RENDERED

McGladrey and Pullen, LLP

Certified Public Accountants
1455 Frazee Rd, Ste 600
San Diego, CA 92108

From 2007 to present

RSM McGladry

1455 Frazee Rd, Ste 600
San Diego, CA 92108

From 2007 to present

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME

ADDRESS

Same as 19a

None
☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS

DATE ISSUED

See following:

In connection with a failed reverse merger with Gatorz, Inc., No Fear Retail Stores, Inc.,issued consolidated financial statements which were published on the SEDAR website of the Canadian Secutiries Administrators in 2010.

**20. Inventories**

None
☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY

INVENTORY SUPERVISOR

DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

January 4, 2011

Gary Kopren

$223,049.87

September 2, 2010

Gary Kopren

$428,201.28

None
☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY

NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

January 4, 2011

Kenneth Aurigemma
1812 Aston Ave
Carlsbad, CA 92008

8

DATE OF INVENTORY
September 2, 2010

NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
RECORDS
Kenneth Aurigemma
1812 Aston Ave
Carlsbad, CA 92008

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Mark Simo<br>1812 Aston Ave<br>Carlsbad, CA 92008 | Chief Executive Officer and Director | |
| Brian Simo<br>1812 Aston Ave<br>Carlsbad, CA 92008 | President, Assistant Secretary and Director | |
| Scott Benjamin<br>1812 Aston Ave<br>Carlsbad, CA 92008 | Executive Vice President, Secretary, General Counsel and Director | |
| Ken Aurigemma<br>1812 Aston Ave<br>Carlsbad, CA 92008 | Chief Financial Officer | |

---

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

9

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

10

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  March 28, 2011                          Signature   /s/ Mark Simo
                                                          Mark Simo
                                                          Chief Executive Officer

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of California

In re     NO FEAR MX, INC., a California corporation                 Case No. _____11-02897_____

                                         Debtor        Chapter_____11_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| None | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___ March 28, 2011 _____          Signature _/s/ Mark Simo_____

                                                       Mark Simo
                                                       Chief Executive Officer

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                     Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of California

In re    NO FEAR MX, INC., a California corporation                                Case No.    11-02897
                                                    Debtor(s)                      Chapter     11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  NO FEAR MX, INC., a California corporation  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

March 28, 2011
Date

/s/ David S. Kupetz, Esq. (State Bar No.
David S. Kupetz, Esq. (State Bar No. 125062)
Signature of Attorney or Litigant
Counsel for   NO FEAR MX, INC., a California corporation
SulmeyerKupetz
333 South Hope Street
35th Floor
Los Angeles, CA 90071-1406
213.626.2311 Fax:213.629.4520

CSD 1099 (Page 2) [09/26/06]

## INSTRUCTIONS

1.    Local Form CSD 1101, *NOTICE TO CREDITORS OF THE ABOVE-NAMED DEBTOR ADDED BY AMENDMENT OR BALANCE OF SCHEDULES*, may be used to notify any added entity. When applicable, copies of the following notices shall accompany the notice: Order for and Notice of Section 341(a) Meeting, Discharge of Debtor, Notice of Order Confirming Plan, and Proof of Claim.

2.    If not filed previously and this is an ECF case, the *DECLARATION RE: ELECTRONIC FILING OF PETITION, SCHEDULES & STATEMENTS* (Local Form CSD 1801) must be filed in accordance with General Order #162.

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on  March 30, 2011 , I served a true copy of the within BALANCE OF SCHEDULES AND/OR CHAPTER 13 PLAN by [describe here mode of service]  U.S. Mail

on the following persons [set forth name and address of each person served]:

☒ For Chpt. 7, 11, & 12 cases:

UNITED STATES TRUSTEE
Department of Justice
402 West Broadway, Suite 600
San Diego, CA 92101

☐ For ODD numbered Chapter 13 cases:

THOMAS H. BILLINGSLEA, JR., TRUSTEE
530 "B" Street, Suite 1500
San Diego, CA 92101

☐ For EVEN numbered Chapter 13 cases:

DAVID L. SKELTON, TRUSTEE
525 "B" Street, Suite 1430
San Diego, CA 92101-4507

☐ Chpt. 7 Trustee, if any:

☒ If Chpt. 11, each member of any committee appointed:  SEE ATTACHED SERVICE LIST

I certify under penalty of perjury that the foregoing is true and correct.

Executed on  March 30, 2011 
      (Date)

/s/ Steven F. Werth, Esq.
Steven F. Werth, Esq.
SulmeyerKupetz
333 South Hope Street
35th Floor
Los Angeles, CA 90071-1406
Address

CSD 1099
Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

**In re
NO FEAR RETAIL STORES, INC.
Case No. 11-02896-11**

**Jointly Administered with Case Nos.
NO FEAR MX, INC. 11-02897-MM11
SIMO HOLDINGS, INC. 11-02898-MM11**

**SERVICE LIST**

---

**Via U.S. Mail and Email:**

**OFFICE OF THE UNITED STATES TRUSTEE**
Attn: Haeji Hong
402 W. Broadway, Suite 600
San Diego, CA 92101-8511
Haeji.Hong@usdoj.gov

**Via Email:**

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS —
NO FEAR RETAIL STORES, INC.**
La Jolla Group
Attn: Bill Bussiere,
14350 Myford Road
Irvine, CA 92606
bill.bussiere@lajollagroup.com

Reno Retail Company, LLC
Attn: Jeffrey M. Pomeroy
2222 Arlington Avenue
Birmingham, AL 35205
jpomeroy@bayerproperties.com

SRH Productions Inc.
Attn: Ryan White
2826 La Mirada Dr., Suite B
Vista, CA 92081
Ryan@srh.com

**COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS —
NO FEAR RETAIL STORES, INC.**
Jeffrey W. Dulberg
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067
jdulberg@pszjlaw.com

**COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS —
NO FEAR RETAIL STORES, INC.**
Jeffrey N. Pomerantz
Pachulsky, Stang, Ziehl and Young P.C.
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067
jpomerantz@pszjlaw.com